January 3, 2012



# JUDGMENT

# The Fourteenth Court of Appeals

JAMES NEZAT, Appellant

NO. 14-11-00185-CV                      V.

TUCKER ENERGY SERVICES, INC., Appellee
_____

This cause, an appeal from the judgment in favor of appellee, Tucker Energy Services, Inc., signed December 17, 2010, was heard on the transcript of the record. We have inspected the record and find error in the judgment. We therefore order the judgment of the court below **REVERSED** and **REMAND** the cause for proceedings in accordance with the court's opinion.

We order appellee, Tucker Energy Services, Inc., to pay all costs incurred in this appeal. We further order this decision certified below for observance.